UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER SILVERBRAND, | ) | No. CV 06-3253-R(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| JEANNE S. WOODFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendants' motion to dismiss (docket no. 33, filed April 23, 2007) be granted; (3) that Plaintiff's First Amended Complaint be dismissed without further leave to amend; and (4) that judgment be entered dismissing, with prejudice, Plaintiff's Eighth Amendment claims (including claims for injunctive relief), his damages claims against official capacity

1

defendants, and his claims against Defendants Woodford, Tilton, Farber-Szekrenyi, Wong, Harrison, and Bzoskie, and dismissing, without prejudice, Plaintiff's state negligence claims, for damages, against Defendants Kanan, Fitter, Dillard, and Kumar.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:     September 16, 2010

_____
MANUEL L. REAL
United States District Judge