**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER SILVERBRAND, ) | No. CV 06-3253-R(CW) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| JEANNE S. WOODFORD, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed, with prejudice, as to Plaintiff's Eighth Amendment claims, his damages claims against official capacity defendants, and all claims against Defendants Woodford, Tilton, Farber-Szekrenyi, Wong, Harrison, and Bzoskie; and is dismissed, without prejudice, as to state negligence claims against Defendants Kanan, Fitter, Dillard, and Kumar.

DATED:   September 16, 2010

　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge